**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

| | |
|---|---|
| Martha Deaton, et al. v. John Does A-G, et al. | CA No. 5:06-cv-132 DCB JMR |
| Clyde Shelly, et al. v. Rockwell Auto. Inc., et al | CA No. 5:06-cv-133 DCB JMR |
| Linda Miller, et al v. Astec Industries, Inc, et al | CA No. 5:06-cv-134 DCB JMR |
| Antonio Hamlin, et al v. Astec Industries, Inc., et al | CA No. 5:06-cv-135 DCB JMR |
| Audra Smith, et al v. Michael Rouse, et al | CA No. 5:06-cv-136 DCB JMR |
| George Stewart, Jr., et al v. Brandon Svc Co., Inc. et al | CA No. 5:06-cv-137 DCB JMR |

## ORDER TO CONSOLIDATE

THE COURT, having considered the Motion to Consolidate by the United States

Department of Labor, Occupational Safety and Health Administration (OSHA), and William

Chandler (Chandler), an employee of the United States Department of Labor, Occupational

Safety and Health Administration and, finds that the Motion is well taken.  Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that the subject cases will be consolidated

administratively and substantively, and all subsequent pleadings and documents will be styled and

filed as *Martha Deaton, et al. V. John Does A-G, et al.*, Civil Action No. 5:06-cv-132 DCB JMR.

SO ORDERED, this the ___17th___ day of October, 2006.

_____
UNITED STATES MAGISTRATE JUDGE