**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

MARTHA DEATON, et al.                                                                  PLAINTIFFS

VS.                                                      CIVIL ACTION NO. 5:06-CV-132-DCB-JMR

JOHN DOES A-G et al.                                                                  DEFENDANTS

**<u>ORDER OF DISMISSAL</u>**

THIS DAY THIS CAUSE came on to be heard on motion of the United States of

America to Dismiss this case and the court being informed:

(1) that the United States of America removed the limited discovery portion of six cases

pending in the Warren County, Mississippi, Circuit Court that pertained to 3 subpoenas issued in

those cases by a defendant therein, Reliance Electric Company, Inc., to the Occupational Safety

and Health Administration (OSHA) which were then consolidated into the instant action;

(2) that the United States moved to quash the subpoenas in the instant action; and

(3) that the underlying state court case between Reliance Electric Company, Inc., and the

plaintiffs represented by the named Plaintiff herein, Martha Deaton, has been settled and the

subpoenas are held for naught and, therefore, the issues in this case are now moot.

IT IS, THEREFORE, ORDERED on motion *ore tenus* of the United States of America

that this cause be, and the same is hereby, dismissed.

SO ORDERED, this the __22nd__ day of May, 2007.


____s/ David Bramlette_____
UNITED STATES DISTRICT JUDGE